### Briggs *against* Briggs, Administrator of Briggs.

An affidavit of the defendant's attorney, stating that " he was informed and verily believed that the defendant had a substantial defence on the merits," is not sufficient to set aside a default entered in the cause.

GRIFFIN, for the defendant, moved to set aside the default, on an affidavit of the attorney for the defendant, that " he was informed and verily believed the defendant had a good and substantial defence upon the merits."

*H. Bleecker*, contra.

*Per Curiam.* The affidavit is not sufficient. It does not state that the attorney derived his information from the defendant or from his counsel, nor from whom it was obtained. The rule must be denied.

Rule refused.